UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | GREGORY S. THOMPSON | : | Chapter 7 |
| | | : | |
| | Debtor(s) | : | Bky. No. 07-12363ELF |

O R D E R

AND NOW, this court having entered an Order dated November 26, 2008 ("the AP Order") in the adversary proceeding Heavener Supply, Inc. v. Thompson, et al., Adv. No. 08-237 ("the AP"),

AND, in the AP Order, the court having continued **to January 14, 2009, at 11:00 a.m.**, the hearing on the Plaintiff's Motion for Default Judgment as to Defendant Gregory S. Thompson;

AND, since the entry of the AP Order, the main bankruptcy case having been converted from chapter 11 to chapter 7;

AND, Marvin Krasny ("the Trustee") having been appointed as the chapter 7 Trustee in the main bankruptcy case;

AND, as a result of the conversion of the case and the appointment of the Trustee, responsibility for representing the interests of the bankruptcy estate having passed from Gregory S. Thompson (as debtor-in-possession) to the Trustee;

It is hereby **ORDERED** that the Trustee, shall appear personally, or through counsel, at the hearing scheduled in the AP on **January 14, 2009 at 11:00 a.m.** to inform the court as to the Trustee's position regarding the AP.

Date: January 8, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE